| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH        COURT |
| | ) SS: | |
| COUNTY OF ST. JOSEPH | ) | CAUSE NO.   71D07-2203-CT-000081 |

BABBETTE K. TYLER, Personal
Representative of the ESTATE OF
ROBERT G. TYLER, Deceased

     VS.

AMAZON.COM SERVICES LLC and
GOLD KERNAL LLC d/b/a OASISSPACE

# COMPLAINT FOR DAMAGES

## FIRST CAUSE OF ACTION

Comes now the plaintiff, Babbette K. Tyler, Personal Representative of the Estate of Robert G. Tyler, Deceased, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Amazon.com Services LLC, alleges and says:

1. That Babbette K. Tyler is the Personal Representative of the Estate of Robert G. Tyler, Deceased.

2. That on or about March 23, 2021, Robert G. Tyler received permanent injuries when his Oasisspace walker purchased from Amazon.com Services LLC broke and caused him to fall.

3. That said incident occurred in St. Joseph County, Indiana.

4. That said walker was purchased online through Amazon.com Services LLC.

5. That said walker was negligently placed into the stream of commerce by Defendant, Amazon.com Services LLC.

6. That said walker was negligently designed, manufactured, and placed into the stream of commerce by Defendant, Gold Kernal LLC d/b/a Oasisspace.

7. Defendant knew or should have known of the dangers of this product and failed to warn plaintiff.

8. That aforesaid acts of negligence and fault and the unreasonably

dangerous defective condition of the Oasisspace brand walker caused Robert G. Tyler to sustain permanent injuries.

9.      That the plaintiff incurred medical expenses and other special expenses in an amount to be proven at the trial of this cause, as a direct and proximate result of defendant's negligence.

WHEREFORE, Plaintiff demands judgment against the Defendant in an amount to be proven at the trial of this cause, for permanent personal injuries, pain and suffering and other pecuniary and non-pecuniary losses and damages.

KEN NUNN LAW OFFICE


BY:     *s/ Nathan D. Foushee*
        Nathan D. Foushee, #24885-49
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN   47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: nathanf@kennunn.com


## SECOND CAUSE OF ACTION

Comes now the Plaintiff, Babbette K. Tyler, Personal Representative of the Estate of Robert G. Tyler, Deceased, by counsel, Ken Nunn Law Office, and for Second Cause of Action against Defendant, Gold Kernal LLC d/b/a Oasisspace, alleges and says:

10.     Plaintiff incorporates by reference rhetorical paragraphs 1 - 9 of the First Cause of Action herein.

11.     This action is brought pursuant to the provisions of the Indiana Product Liability Statute, I.C. 34-20-1-1, *et. seq.*, on the theory of strict liability in tort.

12.     Defendants are "sellers" engaged in business as a manufacturer, wholesaler,

retail dealer, lessor or distributor of the Oasisspace brand walker described herein within the meaning of that term as defined by I.C. 34-20-1-1, *et. seq.*

13.   Plaintiff is a "user or consumer" within the meaning of the term as defined by I.C. 34-20-1-1, *et. seq.*

14.   The Oasisspace brand walker described herein is a "product" within the meaning of that term as defined by I.C. 34-20-1-1, *et. seq.*

15.   The Oasisspace brand walker was "unreasonably dangerous" as defined by I.C.   34-20-1-1, *et. seq.*

16.   Robert G. Tyler suffered "physical harm" within the meaning of that term as defined in I.C. 34-20-1-1, *et. seq.*

17.   The Oasisspace brand walker was a defective product as defined by I.C. 34-20-1-1, *et. seq.*

18.   The Oasisspace brand walker was expected to and did reach Robert G. Tyler without substantial alteration in the condition in which it was sold or placed in the stream of commerce.

19.   Robert G. Tyler was in the class of persons that defendants reasonably foresaw or should have reasonably foreseen as being subject to the harm caused by the defective condition of the Oasisspace brand walker.

20.   Robert G. Tyler did not know of the defect and was not aware of the danger caused by the defective condition of the Oasisspace brand walker.

21.   Robert G. Tyler did not misuse the Oasisspace brand walker.

22.   On or about March 23, 2021, Robert G. Tyler sustained permanent personal injuries, pain and suffering and other pecuniary and non-pecuniary losses and damages as a direct and proximate result of the unreasonably dangerous defective condition of the Oasisspace brand walker.

WHEREFORE, Plaintiff demands judgment against the Defendant in an amount to be proven at the trial of this cause, for permanent personal injuries, pain and suffering and other pecuniary and non-pecuniary losses and damages court costs, and for all other proper relief in the premises.

KEN NUNN LAW OFFICE


BY:   *s/ Nathan D. Foushee*
          Nathan D. Foushee, #24885-49
          KEN NUNN LAW OFFICE
          104 South Franklin Road
          Bloomington, IN   47404
          Phone: (812) 332-9451
          Fax: (812) 331-5321
          E-mail: nathanf@kennunn.com


## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this

matter be tried by jury pursuant to Trial Rule 38.


          *s/ Nathan D. Foushee*
          Nathan D. Foushee, #24885-49
          KEN NUNN LAW OFFICE
          104 South Franklin Road
          Bloomington, IN   47404
          Phone: (812) 332-9451
          Fax: (812) 331-5321
          E-mail: nathanf@kennunn.com


Nathan D. Foushee, #24885-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:   812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

Filed: 3/1/2022 1:33 PM
Clerk
St. Joseph County, Indiana

# APPEARANCE FORM (CIVIL)
## Initiating Party

71D07-2203-CT-000081

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Babbette K. Tyler, Personal Representative of the Estate of Robert G. Tyler, Deceased<br>3212 The Royal Huntsman Court<br>South Bend, IN 46637 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Nathan D. Foushee #24885-49<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN 47404<br>PHONE: 812 332-9451<br>FAX: 812 331-5321<br>Email: nathanf@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| | Continuation of Item 1 (Names of initiating parties) | NAME:<br>NAME: |
| | Continuation of Item 3 (Attorney information as applicable for service of process) | |

 s/Nathan D. Foushee
Attorney-at-Law
(Attorney information shown above.)

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF ST. JOSEPH
STATE OF INDIANA
COURTHOUSE, 101 SOUTH MAIN ST.
SOUTH BEND, INDIANA 46601

Babbette K. Tyler, Personal Representative of
the Estate of Robert G. Tyler, Deceased

Plaintiff(s)

VS.

No. _71D07-2203-CT-000081_

Amazon.com Services LLC and Gold Kernal LLC
d/b/a Oasisspace

Defendant(s)

### SUMMONS

The State of Indiana to Defendant: **Amazon.com Services LLC, c/o Corporation Service Company, 135 N. Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: _3/1/2022_

CLERK, ST. JOSEPH CIRCUIT/SUPERIOR COURTS

NATHAN D. FOUSHEE, #24885-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404
TELEPHONE: (812)332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ____ day of _____, 2022.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX       By certified or registered mail with return receipt to above address.

☐        By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐        By _____delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐        By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:  /s/ Nathan Foushee _____
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2022.

_____C LERK,
ST. JOSEPH  CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of __ _____, 201, and that a copy of the return of receipt was received by me on the __ day of _____, 2022, which copy is attached herewith.

_____C LERK,
ST. JOSEPH CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2022, and I did deliver said summons and a copy of the complaint to the Sheriff of St. Joseph County, Indiana.

Dated this __ day of _____, 2022.

_____C LERK,
ST. JOSEPH CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2022, and I served the same on the __ day of _____, 2022.
1.    By mailing a copy of the summons and complaint personally to _____ address _____.
2.    By delivering a copy of summons and complaint personally to _____.
3.    By leaving a copy of the summons and complaint at _____t he dwelling house or usual place of abode of defendant:_____(Na me of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2 022 to _____h is last known address.
4.    By serving his agent as provided by rule, statute or valid agreement to-wit:_____
____.
5.    Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2022.

_____SHER IFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

1.    By delivery on the __ day of _____, 2 022 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____
2.    By leaving on the __ day of _____, 2 022 for each of the within named defendant(s)_____
, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____
____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3.    _____a nd by mailing a copy of the summons without the complaint to _____a t _____t he last known address of defendant(s).
All done in St. Joseph County, Indiana.
Fees:  $_____                                    _____SHER IFF or DEPUTY

USDC IN/ND case 3:22-cv-00279-JD-MGG   document 1-1   filed 04/07/22   page 8 of 25

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF ST. JOSEPH
STATE OF INDIANA
COURTHOUSE, 101 SOUTH MAIN ST.
SOUTH BEND, INDIANA 46601

Babbette K. Tyler, Personal Representative of
the Estate of Robert G. Tyler, Deceased

Plaintiff(s)

VS.

No. ___71D07-2203-CT-000081___

Amazon.com Services LLC and Gold Kernal LLC
d/b/a Oasisspace

Defendant(s)

### SUMMONS

The State of Indiana to Defendant: **Gold Kernal LLC, c/o Robin Mittler, 501 Silverside Road, Suite 105, Wilmington, DE 19809**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: ___3/1/2022___

*Rita L. Glenn*
CLERK, ST. JOSEPH CIRCUIT/SUPERIOR COURTS

NATHAN D. FOUSHEE, #24885-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404
TELEPHONE: (812)332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ___ day of _____, 2022.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX          By certified or registered mail with return receipt to above address.

☐          By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐          By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐          By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY: */s/ Nathan Foushee* _____
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this __ day of _____, 2022.

                                                          _____C LERK,
                                             ST. JOSEPH  CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of __ _____, 201, and that a copy of the return of receipt was received by me on the __ day of _____, 2022, which copy is attached herewith.

                                                          _____C LERK,
                                             ST. JOSEPH  CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2022, and I did deliver said summons and a copy of the complaint to the Sheriff of St. Joseph County, Indiana.

    Dated this __ day of _____, 2022.

                                                          _____C LERK,
                                             ST. JOSEPH CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2022, and I served the same on the __ day of _____, 2022.
1.    By mailing a copy of the summons and complaint personally to _____ address _____.
2.    By delivering a copy of summons and complaint personally to _____.
3.    By leaving a copy of the summons and complaint at _____t he dwelling house or usual place of abode of defendant:_____(Na me of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2022 to _____h is last known address.
4.    By serving his agent as provided by rule, statute or valid agreement to-wit:_____
       ____.
5.    Defendant cannot be found in my bailwick and summons was not served.

    And I now return this writ this __ day of _____, 2022.

                                                          _____SHER IFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

1.    By delivery on the __ day of _____, 2022 a copy of this summons and a copy of the complaint to each of the within named defendant(s) ____.
2.    By leaving on the __ day of _____, 2022 for each of the within named defendant(s)_____
    , a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____
    ____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3.    _____a nd by mailing a copy of the summons without the complaint to _____a t _____t he last known address of defendant(s).
All done in St. Joseph County, Indiana.
Fees: $_____                                  _____SHER IFF or DEPUTY

**UNITED STATES POSTAL SERVICE**

USDC ND/IN case 3:04-cv-00279-JD-MGG   document 1-1   filed 04/07/22   page 10 of 25

Mailer: Ken Nunn Law Office

Date Produced: 03/14/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8367 8714 82. Our records indicate that this item was delivered on 03/08/2022 at 09:46 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

AMAZON COM SERVICES LLC
C/O: CORPORATION SERVICE COMPANY
STE 1610
135 N PENNSYLVANIA ST
INDIANAPOLIS IN 46204-2448

Customer Reference Number:          C3265669.19020605

Return Reference Number              Robert Tyler

USPS MAIL PIECE TRACKING NUMBER: 42046204921489019403836787171482
MAILING DATE:    03/03/2022
DELIVERED DATE:    03/08/2022
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

AMAZON COM SERVICES LLC
C/O: CORPORATION SERVICE COMPANY
STE 1610
135 N PENNSYLVANIA ST
INDIANAPOLIS IN 46204-2448


MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 03/03/2022 10:12 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 03/05/2022 18:54 | ORIGIN ACCEPTANCE | BLOOMINGTON IN DISTRIBUTION CEN 47404 |
| 03/05/2022 20:09 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 03/06/2022 23:50 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 03/08/2022 06:54 | ARRIVAL AT UNIT | INDIANAPOLIS,IN 46204 |
| 03/08/2022 07:05 | OUT FOR DELIVERY | INDIANAPOLIS,IN 46204 |
| 03/08/2022 09:46 | DELIVERED INDIVIDUAL PICKED UP AT USPS | INDIANAPOLIS,IN 46204 |

**UNITED STATES**
**POSTAL SERVICE**

USDC IN/ND case 3:22-cv-00279-JD-MGG   document 1-1   filed 04/07/22   page 12 of 25

Filed: 3/17/2022 1:22 PM
St. Joseph Superior Court 7
St. Joseph County, Indiana

Mailer: Ken Nunn Law Office

Date Produced: 03/14/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8367 8714 06. Our records indicate that this item was delivered on 03/08/2022 at 10:14 a.m. in WILMINGTON, DE 19809. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

GOLD KERNAL LLC
C/O: ROBIN MITTLER
STE 105
501 SILVERSIDE RD
WILMINGTON DE 19809-1376

Customer Reference Number:        C3265669.19020604

Return Reference Number              Robert Tyler

USPS MAIL PIECE TRACKING NUMBER: 420198099214890194038367871406

MAILING DATE: 03/03/2022
DELIVERED DATE: 03/08/2022
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

GOLD KERNAL LLC
C/O: ROBIN MITTLER
STE 105
501 SILVERSIDE RD
WILMINGTON DE 19809-1376


MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 03/03/2022 10:12 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 03/04/2022 23:02 | ORIGIN ACCEPTANCE | BLOOMINGTON IN DISTRIBUTION CEN 47404 |
| 03/05/2022 00:17 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 03/07/2022 07:30 | PROCESSED THROUGH USPS FACILITY | WILMINGTON DE DISTRIBUTION CENT 19850 |
| 03/07/2022 19:07 | DEPARTED USPS REGIONAL FACILITY | WILMINGTON DE DISTRIBUTION CENT 19850 |
| 03/08/2022 07:10 | ARRIVAL AT UNIT | WILMINGTON,DE 19809 |
| 03/08/2022 07:21 | OUT FOR DELIVERY | WILMINGTON,DE 19809 |
| 03/08/2022 10:14 | DELIVERED INDIVIDUAL PICKED UP AT USPS | WILMINGTON,DE 19809 |
| 03/09/2022 17:13 | PROCESSED THROUGH USPS FACILITY | WILMINGTON DE DISTRIBUTION CENT 19850 |
| 03/14/2022 06:41 | ARRIVAL AT UNIT | WILMINGTON,DE 19809 |

Filed: 3/29/2022 2:41 PM
St. Joseph Superior Court 7
St. Joseph County, Indiana

99959.28

STATE OF INDIANA                          IN ST. JOSEPH SUPERIOR COURT

COUNTY OF ST. JOSEPH                      CAUSE NO.: 71D07-2203-CT-00081

BABBETTE K. TYLER, Personal
Representative of the ESTATE OF ROBERT G.
TYLER, Deceased,

      Plaintiff,

v.

AMAZON.COM SERVICES LLC and
GOLD KERNAL LLC d/b/a OASISSPACE,

      Defendants.

### <u>E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1</u>

1.      The party on whose behalf this form is being filed is:  Responding

The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

### AMAZON.COM SERVICES LLC

2.      Attorney information for service as required by Trial Rule 5(B)(2):

      Matthew J. Jankowski      Atty. No. #20972-49
      KOPKA PINKUS DOLIN PC      Telephone: 317-818-1360
      550 Congressional Blvd., Suite 310      Facsimile:  317-818-1390
      Carmel, IN 46032      Email:  mjjankowski@kopkalaw.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)      acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

1

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.     This is a civil tort case type as defined in administrative Rule 8(B)(3)

4.     I will accept service by:
Fax at the above noted number:  NO
Email at the above noted address:  YES

5.     This case involves child support issues:  NO

6.     This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  NO

7.     This case involves a petition for involuntary commitment:  NO

8.     Are there related cases:  NO

9.     Additional information required by local rule:  NONE

10.     Are there other party members:  NO

11.     This form has been served on all other parties and Certificate of Service is attached:  YES


Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By:   _/s/ Matthew J. Jankowski_____
        Matthew J. Jankowski (#20972-49)
        Attorney for Amazon.com Services, LLC

2

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on the 29th day of March, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Nathan D. Foushee
Ken Nunn Law Office
104 S. Franklin Rd.
Bloomington, IN  47404

          */s/ Matthew J. Jankowski*    


KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel: (317) 818-1360
Fax: (317) 818-1390
Email: MJJankowski@kopkalaw.com

Filed: 3/29/2022 2:41 PM
St. Joseph Superior Court 7
St. Joseph County, Indiana

99959.29

STATE OF INDIANA                          IN ST. JOSEPH SUPERIOR COURT

COUNTY OF ST. JOSEPH                      CAUSE NO.: 71D07-2203-CT-00081

BABBETTE K. TYLER, Personal
Representative of the ESTATE OF ROBERT G.
TYLER, Deceased,

      Plaintiff,

v.

AMAZON.COM SERVICES LLC and
GOLD KERNAL LLC d/b/a OASISSPACE,

      Defendants.

## DEFENDANT AMAZON.COM SERVICES LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

COMES NOW Defendant Amazon.com Services, LLC, by counsel, Matthew J. Jankowski, of Kopka Pinkus Dolin PC, and respectfully moves the Court for an extension of time to respond to the Plaintiff's Complaint, and states:

1.      Defendant Amazon.com Services LLC was served with a copy of the complaint and summons on March 8, 2022.

2.      Defendant's answer is therefore due for filing with this Court on March 31, 2022. Such time has not yet expired.

3.      No prior extensions have been requested.

4.      Defendant and its undersigned counsel require an additional thirty (30) days days to properly investigate the allegations in Plaintiff's Complaint, so that an adequate response may be formulated, prepared and filed with the Court by counsel.

5.      Such enlargement of time shall expire on May 2, 2022.

6.      This Motion is made in good faith and not for the purpose of delay.

1

7.     Plaintiff's counsel has been contacted regarding this motion and has no objection to the requested extension of time.

**WHEREFORE,** Defendant, Amazon.com Services LLC, respectfully requests an extension of thirty (30) days, to and including May 2, 2022 to answer or otherwise respond to Plaintiff's Complaint, and all other just and proper relief.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: ___*/s/ Matthew J. Jankowski*___
     Matthew J. Jankowski (#20972-49)
     Attorney for Amazon.com Services LLC

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of March, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Nathan D. Foushee
Ken Nunn Law Office
104 S. Franklin Rd.
Bloomington, IN  47404

*/s/ Matthew J. Jankowski*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:     (317) 818-1360
Fax:     (317) 818-1390
Email: MJJankowski@kopkalaw.com

99959.30

STATE OF INDIANA                              IN ST. JOSEPH SUPERIOR COURT

COUNTY OF ST. JOSEPH                          CAUSE NO.: 71D07-2203-CT-00081

BABBETTE K. TYLER, Personal
Representative of the ESTATE OF ROBERT G.
TYLER, Deceased,

    Plaintiff,                                      **FILED**

v.                                            March 30, 2022

AMAZON.COM SERVICES LLC and                   ST. JOSEPH CIRCUIT & SUPERIOR COURT
GOLD KERNAL LLC d/b/a OASISSPACE,             MB

Defendants.

## ORDER ON DEFENDANT AMAZON.COM SERVICES LLC'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendant Amazon.com Services LLC, by counsel, files with the Court its Motion for

Extension of time to Respond to Plaintiff's Complaint.

The Court being duly advised now GRANTS said motion and ORDERS that Defendant

shall have to and including May 2, 2022 to file an answer to Plaintiff's Complaint.

SO ORDERED: _3/30/2022_

_Mary Beth Bonaventure_
JUDGE
St. Joseph Superior Court No. 7

Distribution to parties via IEFS



ST. JOSEPH COUNTY

**SEAL**

INDIANA

MB

Filed: 4/5/2022 9:07 AM
St. Joseph Superior Court 7
St. Joseph County, Indiana

**STATE OF INDIANA**       )         **IN THE ST. JOSEPH SUPERIOR COURT**
                 ) SS:
**COUNTY OF ST. JOSEPH**     )        **CAUSE NO: 71D07-2203-CT-000081**

| | |
|---|---|
| BABBETTE K. TYLER, Personal | ) |
| Representative of the ESTATE OF | ) |
| ROBERT G. TYLER, Deceased, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| AMAZON.COM SERVICES LLC and | ) |
| GOLD KERNAL LLC d/b/a OASISSPACE, | ) |
| | ) |
|       Defendants. | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating \_\_\_\_        Responding  <u>X</u>       Intervening \_\_\_\_\_; and the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party:    **GOLD KERNAL LLC d/b/a OASISSPACE**

2. Attorney information for service as required by Trial Rule 5(B)(2)

   | | | | |
   |---|---|---|---|
   | **Name:** | **Robert T. Keen, Jr.** | **Atty. Number: 5475-02** | |
   | **Address:** | **215 East Berry Street** | **Email:** rtk@barrettlaw.com | |
   | | **P.O. Box 2263** | | |
   | | **Fort Wayne, IN 46801-2263** | | |
   | **Phone:** | **(260) 423-9551** | | |
   | **Fax:** | **(260) 423-8920** | | |

   **IMPORTANT**: Each attorney specified on this appearance:

   (a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   (b)      **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at**

**the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.  This is a CT case type as defined in administrative Rule 8(B)(3).

4.  This case involves child support issues. Yes _____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5.  This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No _X___ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

_____      Attorney's address
_____      The Attorney General Confidentiality program address
                      (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).
_____      Another address (provide)

_____

This case involves a petition for involuntary commitment.  Yes _____ No __X___

6.  If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

        _____

    b.  State of Residence of person subject to petition: _____
    c.  At least one of the following pieces of identifying information:
        (i)  Date of Birth _____
        (ii)  Driver's License Number _____
            State where issued _____ Expiration date _____
        (iii) State ID number _____
            State where issued _____ Expiration date _____
        (iv) FBI number _____
        (v)  Indiana Department of Corrections Number _____
        (vi) Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

7.  There are related cases: Yes _____ No __X___ *(If yes, list on continuation page.)*

8.  Additional information required by local rule:
    _____

9.  There are other party members: Yes _____ No__X__ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:
    Yes __X__ No_____

                                    */s/ Robert T. Keen, Jr.*_____
                                    Robert T. Keen, Jr.
                                    (Attorney information shown above)


### CERTIFICATE OF SERVICE

        I hereby certify that I have on this 4th day of April, 2022, electronically filed the foregoing with the Clerk of Court using the Court's IEFS system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Nathan D. Foushee, Esq.                 Matthew J. Jankowski, Esq.
Ken Nunn Law Office                     Kopka Pinkus Dolin PC
104 South Franklin Road                 550 Congressional Blvd., Suite 310
Bloomington, IN 47404                   Carmel, IN 46032
nathanf@kennunn.com                     mjjankowski@kopkalaw.com
*Attorney for Plaintiff*                *Attorney for Amazon.com Services LLC*


                                    */s/Robert T. Keen, Jr.*_____
                                    Robert T. Keen, Jr.

Filed: 4/5/2022 9:07 AM
St. Joseph Superior Court 7
St. Joseph County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ST. JOSEPH | ) | CAUSE NO: 71D07-2203-CT-000081 |

| | |
|---|---|
| BABBETTE K. TYLER, Personal | ) |
| Representative of the ESTATE OF | ) |
| ROBERT G. TYLER, Deceased, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| AMAZON.COM SERVICES LLC and | ) |
| GOLD KERNAL LLC d/b/a OASISSPACE, | ) |
| | ) |
| Defendants. | ) |

## <u>MOTION FOR ENLARGEMENT OF TIME</u>

COMES NOW Defendant, Gold Kernal LLC d/b/a Oasisspace, by counsel, and moves the Court for an enlargement of time within which to answer or otherwise respond to Plaintiff's Complaint for Damages on the grounds that the undersigned has just been retained to represent this Defendant and needs an enlargement of time in order to intelligently answer or otherwise respond to Plaintiff's Complaint for Damages, to and including May 5, 2022.

Respectfully submitted,

BARRETT McNAGNY LLP

By:   */s/ Robert T. Keen, Jr.*
   Robert T. Keen, Jr., #5475-02
   215 E. Berry Street
   Fort Wayne, Indiana  46802
   Telephone: (260) 423-9551
   Fax:  (260) 423-8920
   Email:  rtk@barrettlaw.com
   *Attorney for Defendant,*
   *Gold Kernal LLC d/b/a Oasisspace*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 5th day of April, 2022, electronically filed the foregoing with the Clerk of Court using the Court's IEFS system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

| | |
|---|---|
| Nathan D. Foushee, Esq. | Matthew J. Jankowski, Esq. |
| Ken Nunn Law Office | Kopka Pinkus Dolin PC |
| 104 South Franklin Road | 550 Congressional Blvd., Suite 310 |
| Bloomington, IN 47404 | Carmel, IN 46032 |
| nathanf@kennunn.com | mjjankowski@kopkalaw.com |
| *Attorney for Plaintiff* | *Attorney for Amazon.com Services LLC* |

 */s/Robert T. Keen, Jr.*
Robert T. Keen, Jr.

**STATE OF INDIANA**      )
                           ) SS:
**COUNTY OF ST. JOSEPH**     )

**IN THE ST. JOSEPH SUPERIOR COURT**

**CAUSE NO: 71D07-2203-CT-000081**

BABBETTE K. TYLER, Personal          )
Representative of the ESTATE OF       )
ROBERT G. TYLER, Deceased,         )
                                     )
         Plaintiff,                )
                                     )
vs.                                  )
                                     )
AMAZON.COM SERVICES LLC and     )
GOLD KERNAL LLC d/b/a OASISSPACE,   )
                                     )
         Defendants.           )

**FILED**

April 5, 2022

ST. JOSEPH CIRCUIT & SUPERIOR COURT

MB

### ORDER

      COMES NOW Defendant, Gold Kernal LLC d/b/a Oasisspace, by counsel, and files a Motion for Enlargement of Time to Answer Complaint for Damages, and the Court, being duly advised in the premises, hereby extends the time within which this Defendant must answer or otherwise respond to Plaintiff's Complaint for Damages to and including **May 5, 2022.**

Date:   <u>4/5/2022</u>



Judge Mary Beth Bonaventura
St. Joseph Superior Court No. 7